UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. |
| v. | Crim. No. 14cr176 |
| JUAN ORTIZ | 18 U.S.C. § 922(g)(1) |

### INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about September 19, 2013, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

JUAN ORTIZ,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of New Jersey, did knowingly possess in and affecting interstate commerce a firearm, namely a Mossberg 12 gauge shotgun, model 600 AT, bearing serial number H332639, and 13 rounds of ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATION

1. The allegations contained on Page 1 of this Information are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth on Page 1 of this Information, the defendant,

JUAN ORTIZ,

shall forfeit to the United States any firearm and ammunition involved in or used in the commission of that offense, including the following: (a) one (1) Mossberg, 12 gauge shotgun, model 600 AT, bearing serial number H332639; (b) eight (8) Olympic 12 gauge 7.5 shot shells; (c) two (2) Federal 12 gauge 7.5 shot shells; (d) one (1) Winchester 12 gauge shell; and (e) two (2) 3" Winchester Super X 12 gauge slug shells.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

_____
PAUL J. FISHMAN
United States Attorney

| | |
|---|---|
| CASE NUMBER: 2013R01127 | |

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

JUAN ORTIZ

**INFORMATION FOR**

18 U.S.C. § 922(g)(1)

**PAUL J. FISHMAN**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

L. JUDSON WELLE
*ASSISTANT U.S. ATTORNEY*
*(973) 645-2735*

USA-48AD 8
(Ed. 1/97)