# UNITED STATES DISTRICT COURT
## For the District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **WAIVER OF INDICTMENT** |
| v. | : | Criminal Number: 14cr 176 |
| JUAN ORTIZ | : | |

I, JUAN ORTIZ, the above-named defendant, who is charged with:

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of New Jersey, did knowingly possess in and affecting commerce a firearm, namely a Mossberg 12 gauge shotgun, model 600 AT, bearing serial number H332639, and 13 rounds of ammunition in violation of 18 U.S.C. § 922(g)(1)

being advised of the nature of the charge(s), the proposed Information, and my rights, hereby waive in open court on __April 3, 2014__ prosecution by
 Date
indictment and consent that the proceeding may be by information rather than by indictment.

_____
Juan Ortiz

_____
David Holman, Esq.
Counsel for Defendant

Before: _____
HON. 4/3/14
United States District Judge