UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:          JOSE L. LINARES                              Date:   04/03/2014
Court Reporter:   PHYLLIS LEWIS                         Docket No: 2:14-CR-176 (JLL)

Title of the Case:

UNITED STATES OF AMERICA
v.
JUAN ORTIZ

Appearances:
Judd Welle, AUSA
David Holman, AFPD

Nature of Proceedings:
Conference held
Defendant sworn
Waiver of Indictment fld.
Information fld.
Plea: Guilty to Count 1 of Information.
Rule 11 fld.
Plea Agreement fld.
Ordered sentence date for 07/02/14 at 11:00 a.m.
Ordered Deft. REMANDED

Commenced: 11:30 a.m.
Concluded: 12:30 p.m.

*Lissette Rodriguez*, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.