UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:       JOSE L. LINARES                          Date:   07/08/2014
Court Reporter:   PHYLLIS LEWIS                       Docket No: 14-176 (JLL) 01

Title of the Case:

UNITED STATES OF AMERICA
v.
JUAN ORTIZ

Appearances:
L. Judson Welle, AUSA
David A. Holman, AFPD
Susan Smalley, USPO

Nature of Proceedings:
Sentence: 96 Months on Count 1 of the Information
S/R:   3 Years on Count 1 of the Information
Special Conditions:
•	Refrain from use of drugs/alcohol
•	No Gang Associations
Special Assessment: $ 100.00 (due immediately)
Fine: WAIVED
Deft. advised of right to appeal
Recommendation to BOP: A facility close to family
Court ORDERED Deft. Remanded

Commenced: 9:30 a.m.
Concluded: 10:20 a.m.

*Lissette Rodriguez*, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.